**Opinion issued January 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00855-CR

_____

**NICOLAS WARREN THOMPSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Case No. 1390979**

## MEMORANDUM OPINION

On December 30, 2014, appellant, Nicolas Warren Thompson, filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued in this case. *See* TEX.

R. App. P. 42.2(a), (b). Accordingly, we grant the motion and dismiss the appeal.

We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Do not publish. Tex. R. App. P. 47.2(b).